

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2025

No. 04-24-00825-CV

Eloy Soto **CAVAZOS**,
Appellant

v.

Antonia Aracenia **CAVAZOS GONZALEZ**, et al.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 10538
Honorable Monica Z. Notzon, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 5, 2025.

_Lori Massey Brissette, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2025.

_Luz Estrada, Chief Deputy Clerk_